IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRANDON JOHN MEADOWS**  **PETITIONER**
Reg. # 54756-074

v.   Case No. 2:22-CV-00078-LPR

**JOHN YATES**  **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted as this Court's findings in all respects. Petitioner's Motion to Stay is DENIED.[1] Petitioner's alternate request for voluntary dismissal is GRANTED.[2] The Petition for a Writ of Habeas Corpus is DISMISSED without prejudice.[3]

IT IS SO ORDERED this 11th day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 15.

[2] *Id.* at 1.

[3] Doc. 1.