# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BRANDON JOHN MEADOWS**  **PETITIONER**
Reg. # 54756-074

v.                    Case No. 2:22-CV-00078-LPR

**JOHN YATES**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed without prejudice.

IT IS SO ADJUDGED this 11th day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE